UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREJO, aka<br>DANIEL NAJERA TREJO,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>WARDEN HIGH DESERT STATE PRISON,<br><br>　　　　　Respondent. | ) Case No. CV 10-1280-DDP(RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: September 29, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\10-1280.jud
7/13/10